IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| ROSIE M. ARNOLD ) | |
| ) | Case No. 2:11-126 |
| v. ) | JUDGE SHARP |
| ) | |
| FEDERAL-MOGUL PRODUCTS, INC., ) | |
| et al., ) | |

### O R D E R

Pursuant to the Notice of Dismissal of Defendant Debbie Hitchcock (Docket No. 23) filed by the Plaintiff, Defendant Debbie Hitchcock is hereby dismissed without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE