# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| ROSIE ARNOLD | ) | |
| | ) | |
| v. | ) | NO. 2:11-0126 |
| | ) | JUDGE SHARP |
| FEDERAL MOGUL-PRODUCTS, et al., | ) | |
| | ) | |

## ORDER

The Order (Docket No. 72) entered on July 18, 2014, is hereby modified indicating Defendant's Motion for Summary Judgment (Docket No. 35) was GRANTED in part and DENIED in part. The motion was GRANTED with respect to Plaintiff's retaliation claims but otherwise DENIED.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE