IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | | |
|---|---|---|
| ROSIE M. ARNOLD, | ) | |
| | ) | |
| Plaintiff, | ) | Judge Sharp |
| | ) | |
| v. | ) | Case No. 2:11-cv-0126 |
| | ) | |
| FEDERAL-MOGUL PRODUCTS, INC., | ) | Jury Demanded |
| | ) | |
| Defendant. | ) | |

**NOTICE OF STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41, it is hereby stipulated by the parties that the above-entitled action be discontinued and dismissed with prejudice. The parties each agree to pay their own respective attorneys' fees and costs incurred in this cause. Accordingly, it is hereby

ORDERED, ADJUDGED and DECREED that this action is dismissed with prejudice. Each party will pay their own respective attorneys' fees and costs.

ENTERED:

_____
United States District Judge

<pre>
                                    s/ Marla K. Williams (w/permission)
                                    William Bush, Esq. (TN BPR No. 6052)
                                    Marla K. Williams, Esq. (TN BPR No. 14167)
                                    Legal Aid Society of Middle TN & the
                                    Cumberlands
                                    9 S. Jefferson Ave., Suite 102
                                    Cookeville, TN  38501

                                    Attorneys for Plaintiff


                                    s/ John J. Park
                                    Stanley E. Graham (TN BPR #19788)
                                    John J. Park (TN BPR #25623)
                                    Waller Lansden Dortch & Davis, LLP
                                    511 Union Street, Suite 2700
                                    Nashville, Tennessee  37219
                                    Telephone:  615-244-6380
                                    Facsimile:   615-244-6804
                                    stan.graham@wallerlaw.com
                                    john.park@wallerlaw.com

                                    Attorneys for Defendant
</pre>

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served via the Court's CM/ECF system upon the following:

> William Bush, Esq.
> Marla K. Williams, Esq.
> Legal Aid Society of Middle TN & the Cumberlands
> 9 S. Jefferson Ave., Suite 102
> Cookeville, TN  38501

on the 7th day of October, 2014.

<pre>
                                    s/ John J. Park
</pre>