IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | | |
|---|---|---|
| ROSIE M. ARNOLD, | ) | |
| | ) | |
| Plaintiff, | ) | Judge Sharp |
| | ) | |
| v. | ) | Case No. 2:11-cv-0126 |
| | ) | |
| FEDERAL-MOGUL PRODUCTS, INC., | ) | Jury Demanded |
| | ) | |
| Defendant. | ) | |

## NOTICE OF STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, it is hereby stipulated by the parties that the above-entitled action be discontinued and dismissed with prejudice. The parties each agree to pay their own respective attorneys' fees and costs incurred in this cause. Accordingly, it is hereby

ORDERED, ADJUDGED and DECREED that this action is dismissed with prejudice. Each party will pay their own respective attorneys' fees and costs.

ENTERED:

*Kevin H. Sharp*
United States District Judge

s/ Marla K. Williams (w/permission)
William Bush, Esq. (TN BPR No. 6052)
Marla K. Williams, Esq. (TN BPR No. 14167)
Legal Aid Society of Middle TN & the Cumberlands
9 S. Jefferson Ave., Suite 102
Cookeville, TN 38501

Attorneys for Plaintiff


s/ John J. Park
Stanley E. Graham (TN BPR #19788)
John J. Park (TN BPR #25623)
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Telephone: 615-244-6380
Facsimile: 615-244-6804
stan.graham@wallerlaw.com
john.park@wallerlaw.com

Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing has been served via the Court's CM/ECF system upon the following:

>William Bush, Esq.
>Marla K. Williams, Esq.
>Legal Aid Society of Middle TN & the Cumberlands
>9 S. Jefferson Ave., Suite 102
>Cookeville, TN 38501

on the 7th day of October, 2014.

s/ John J. Park